IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROGER C. EASTHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:10-CV-2001-L** |
| | § | |
| **COMMISSIONER OF THE,** | § | |
| **SOCIAL SECURITY ADMINISTRATION**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Revised Petition for Attorney's Fees Under 42 U.S.C. Section 406(b) ("Application") (Doc. 34), filed March 25, 2014. On July 22, 2014, Magistrate Judge Paul D. Stickney entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Plaintiff's Application; award Plaintiff $3,480.25 in attorney's fees; and order Plaintiff's counsel to refund to Plaintiff the previously awarded fees in the amount of $2,679.64. No objections to the Report were filed.

Having reviewed the Application, file, record in this case, and Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Revised Petition for Attorney's Fees Under 42 U.S.C. Section 406(b) (Doc. 34); **awards** Plaintiff attorney's fees in the amount of **$3,480.25**; and **orders** Plaintiff's counsel to refund to Plaintiff the previously awarded fees in the amount of $2,679.64 by **October 20, 2014.**

**It is so ordered** this 6th day of October, 2014.

_____
Sam A. Lindsay
United States District Judge

Order – Page 2